IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELIA A. AGUNDIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 16-122-CG-B |
| | ) |
| JOHN LEON RICE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated February 22, 2017, is **ADOPTED** as the opinion of this Court.

It is hereby **ORDERED** that the Defendants' Amended Motions to Dismiss are **GRANTED** as to Defendants Oktibbeha County Sheriff's Department, Judge Dorothy Colom, City of Columbus Police Department, Sheriff Steven Gladney, and Chief Oscar Lewis.  This action, along with Defendant John Rice's Motion to Dismiss is hereby transferred to the Northern District of Alabama for further proceedings.

**DONE and ORDERED** this 3rd day of April, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE